**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 208.58.207.83**

**ISP:** RCN Corporation
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/26/2018 11:51:25 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 11/13/2017 14:20:02 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 10/04/2017 19:19:25 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 06/25/2017 18:38:01 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |

**Total Statutory Claims Against Defendant: 4**